UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| **Monsanto Company** <br> **Monsanto Technology, LLC** <br><br> **Plaintiff(s)** <br><br> v. <br><br> **Robert Trivette** <br><br> **Defendant(s)** | Case No. 4:07-cv-00342ERW |

### ORDER

On February 20, 2007, due to electronic case opening, the above numbered case was inadvertently opened in error. Therefore, this case will be administratively closed.

**IT IS HEREBY ORDERED** that this case is administratively closed.

Dated this 21st day of February, 2007.

*James G. Woodward*
JAMES G. WOODWARD
CLERK OF COURT